UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-351-F6

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| J.R. THORNTON, | ) |
| Defendant. | ) |

This matter is before the court on the Defendant's motion to seal docket entry 398 [DE-408]. For good cause shown, the motion is ALLOWED and the Clerk of Court is DIRECTED to maintain docket entry 398 under seal.

SO ORDERED.

This the 17 day of January, 2014.

JAMES C. FOX
Senior United States District Judge